COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause number: 01-12-00970-CR

Style: *Hector Leal Rodriguez v. The State of Texas, Appellee*

Type of motions: Motion for rehearing filed August 17, 2015

Party filing motions: Appellant

      It is **ordered** that the motion for rehearing is **denied**.

Judge's signature:    <u>/s/ Jane Bland</u>
                       Acting for the Court

Panel consists of Justices Keyes, Bland, and Massengale.

Date: <u>October 15, 2015</u>